STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. __06  00223__ HG |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [18 U.S.C. §§ 1015; 1425(b); 1546] |
| LUZVIMINDA VICTORINO MESINA, | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about February 24, 1994, in the District of Hawaii, the Defendant, LUZVIMINDA VICTORINO MESINA, knowingly applied for Naturalization to which she was not entitled, in violation of Title 18, United States Code, Section 1425(b).

## COUNT 2

The Grand Jury further charges:

On or about May 16, 1994, in the District of Hawaii, the Defendant, LUZVIMINDA VICTORINO MESINA, knowingly made a false statement under oath in a case, proceeding, and matter relating to naturalization in that she stated to an INS examiner that she had been married one time and that the date of this marriage was January 30, 1990, when in fact, as the Defendant knew, she was married on January 1, 1979, a fact which was material in that the true information would have revealed that her husband's initial entry into the United States was unlawful.

In violation of Title 18, United States Code, Section 1015.

## COUNT 3

The Grand Jury further charges:

On or about April 12, 1991, in the District of Hawaii, the Defendant, LUZVIMINDA VICTORINO MESINA, knowingly made a false statement under oath in an application for Immigrant Visa and Alien Registration in that she stated on the application that she had been married one time and that the date of this marriage was January 30, 1990, when in fact, as the Defendant knew, she was married on January 1, 1979, a fact which was material in that the true information would have revealed that her husband's initial entry into the United States was unlawful.

In violation of Title 18, United States Code, Section 1546.

DATED: _February 22_____, 1996, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

USA v. LUZVIMINDA VICTORINO MESINA
Cr. No. _____
"Indictment"